# GROUP EXHIBIT A

# U.S. Copyright Office Website Search Result for the Asserted Copyrights

```
Type of Work:           Visual Material

Registration Number / Date:
                        VAu000982541 / 2008-02-04

Application Title: Betty Butterfly Musical Rocking Animal.

Title:                  Betty Butterfly Musical Rocking Animal.

Description:            photographs of toy, 1 p.

Copyright Claimant:
                        Todd   Coyle.

Date of Creation:  2005

Authorship on Application:
                        Todd   Coyle, employer for hire. Authorship: 3-Dimensional
                           sculpture.

Names:                  Coyle, Todd

===========================================================================
```

```
Type of Work:           Visual Material

Registration Number / Date:
                        VAu000982540 / 2008-02-04

Application Title: Danny Dinosaur Musical Rocking Animal.

Title:                  Danny Dinosaur Musical Rocking Animal.

Description:            photographs of toy, 1 p.

Copyright Claimant:
                        Todd  Coyle.

Date of Creation:   2005

Authorship on Application:
                        Todd  Coyle, employer for hire. Authorship: 3-dimensional
                           sculpture.

Names:                  Coyle, Todd
```
==========================================================================

```
Type of Work:          Visual Material

Registration Number / Date:
                       VAu000982626 / 2008-02-04

Application Title: Homer Vintage Baseball Musical Rocking Toy.

Title:                 Homer Vintage Baseball Musical Rocking Toy.

Description:           photographs of toy, 1 p.

Copyright Claimant:
                       Todd   Coyle.

Date of Creation:  2006

Authorship on Application:
                       Todd   Coyle, employer for hire. Authorship: 3-Dimensional
                         sculpture.

Names:                 Coyle, Todd
===============================================================================
```

```
Type of Work:           Visual Material

Registration Number / Date:
                        VAu000982621 / 2008-02-04

Application Title: Ollie Octopus Musical Rocking Animal.

Title:                  Ollie Octopus Musical Rocking Animal.

Description:            photographs of toy, 1 p.

Copyright Claimant:
                        Todd  Coyle.

Date of Creation:  2005

Authorship on Application:
                        Todd  Coyle, employer for hire. Authorship: 3-Dimensional
                            sculpture.

Names:                  Coyle, Todd
===========================================================================
```

```
Type of Work:            Visual Material

Registration Number / Date:
                         VAu000982617 / 2008-02-04

Application Title: Sunny Snail Musical Rocking Animal.

Title:                   Sunny Snail Musical Rocking Animal.

Description:             photographs of toy, 1 p.

Copyright Claimant:
                         Todd  Coyle.

Date of Creation:  2005

Authorship on Application:
                         Todd  Coyle, employer for hire. Authorship: 3-Dimensional
                            sculpture.

Names:                   Coyle, Todd

==============================================================================
```