UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TODD COYLE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:10CV01047 AGF |
| ) | |
| DENNIS FOLAND, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on Plaintiffs' Motion for Rule 16 Conference (Doc. 25), filed on August 31, 2010. On August 2, 2010, this Court entered a Rule 16 Order setting a Rule 16 conference in this case for **Thursday, September 23, 2010 at 3:00 p.m.** (Doc. 21.)

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Rule 16 Conference (Doc. 25) is **DENIED** as moot.

AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 1st day of September, 2010.